OFFICE OF DISCIPLINARY COUNSEL *v.* GIEGEL.

[Cite as Disciplinary Counsel *v.* Giegel (1990), 56 Ohio St. 3d 58.]

(No. 90-1125—Submitted July 31, 1990—Decided December 12, 1990.)

counsel, and *Karen B. Hull,* for relator Office of Disciplinary Counsel.

*John T. Jeandrevin* and *John C. Oberholtzer,* for relator Medina County Bar Association.

*Charles W. Kettlewell,* for respondent.

*Per Curiam.* We concur with the board's findings and recommendations. Respondent is hereby indefinitely suspended from the practice of law. Moreover, the court admonishes respondent that in any application for reinstatement, the court will look for proof that respondent has resolved his alcohol abuse problems and made restitution to persons injured by his misconduct. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

*J. Warren Bettis,* disciplinary

